# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                           Civil Action No.  2:15-cv-03502-JS-SIL

JOHN DOE subscriber assigned IP address
74.89.95.163,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"), through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP Address 74.89.95.163.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  October 16, 2015                         Respectfully submitted,

                                                            By:  /s/ *Jacqueline M. James*
                                                            Jacqueline M. James, Esq.
                                                            jjameslaw@optonline.net
                                                            The James Law Firm PLLC
                                                            445 Hamilton Avenue
                                                            Suite 1102
                                                            White Plains, New York 10601
                                                            Telephone:  914-358-6423
                                                           Facsimile:   914-358-6424

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *Jacqueline M. James*_
      Jacqueline M. James